CHRISTOPHER BRANTLEY
APPELLANT

§ CASE No. 07-13-00218-CR
§ TRIAL CASE No. 2013-437,916
§ IN THE COURT OF APPEALS OF
§ AUSTIN TEXAS
§
§

PD-0296-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

MOTION TO RECEIVE THE CLERK RECORD / COURT REPORTER RECORD TO DO A (PDR)

FILED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

HONORABLE JUSTICES OF SAID COURT,

COMES NOW APPELLANT CHRISTOPHER BRANTLEY FILES THIS Motion in good FAITH, motion TO RECEIVE THE CLERK RECORD AND COURT REPORTER RECORD TO DO A (PDR)

## HISTORY

APPELLANT CHRISTOPHER BRANTLEY CASE WAS AFFIRMED FEBRUARY 23, 2015 BY THE SEVENTH COURT OF APPEALS HIS ATTORNEY Jim SHAW Wrote Him on MARCH 6, 2015 SAYING HE WILL NOT ASSIST Him A (PDR) APPELLANT Needs THE CLERKS RECORDS. AND THE COURT REPORTER RECORD ONLY THE TRIAL NOT PICKING THE JUROR. SEE ATTACH EXHIBIT A" ATTACH JUDGMENT BY COURT OF APPEALS THAT THIS AN APPEAL IN FORMA PAUPERIS CLEARLY SHOWS HE is indigent. HE Also request to HAVE THE SUPPLEMENTAL CLERK RECORD AS Well AS THE SUPPLEMENTAL COURT REPORTER RECORD.

## Authorities

AS A MATTER OF CONSTITUTIONAL EQUAL Protection, AN indigent defendant is entitled to A FREE TRANSCRIPT needed For AN effective APPEAL. Britt V. North CAROLINA, 404 U.S. 226, 227, 92 S.Ct. 433, 30 L.Ed 2d 400 (1971); billie V. STATE 605 S.W.2d 558, 560, 562 (Tex. Crim. APP. 1980). Route V. Blackburn 498 F. Supp. 875, 877 (M.D. LA. 1980) APPELLATE Needs THE TOOLS TO DO A (PDR) THAT HE CAN SHOW in THE RECORD THAT Will SUPPORT HIS CLAIMS.

## PRAYER

APPELLANT PRAYS for the TOOLS NEEDED to DO A (PDR)

## CERTIFICATE OF SERVICE

ON THE 3-13-2015 APPELLANT sent the Clerk OF CRIMINAL APPEALS this Motion TO receive the CLERK / SUPPLEMENTAL / COURT REPORTER RECORD SUPPLEMENTAL BY MAIL From THE CONNALLY Unit. 899 Fm 632 Kenedy TX 78119

sincerely
Christopher
Brantley

3-13-15

(1)

EXHIBIT A
ATTACH

(1) Judgment on Feb. 23, 2015 showing He is indigent.